

# THE THIRTEENTH COURT OF APPEALS

## 13-12-00688-CV

ZK DRILLING CO., LLC
v.
LAVACA RIVER OPERATING CO., LLC

On Appeal from the
25th District Court of Lavaca County, Texas
Trial Cause No. 10-06-21497CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and remanded. The Court orders the judgment of the trial court REVERSED AND REMANDED. Costs of the appeal are adjudged twenty-five percent against appellant and seventy-five percent against appellee.

We further order this decision certified below for observance.

February 13, 2014